UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REGINALD ADAMS                                                                                    PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 4:07CV158-DPJ-JCS

CITY OF ABERDEEN, MISSISSIPPI                                                      DEFENDANT

## ORDER

This case is before the Court, *sua sponte,* for consideration of venue. It appears that this action was inadvertently filed in the Southern District of Mississippi. It is, therefore, hereby ordered that the above case is transferred to the Northern District of Mississippi, Eastern Division.

**SO ORDERED AND ADJUDGED** this the 3th day of December, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE